```
                                         FILED
                                UNITED STATES DISTRICT COURT
                                     DENVER, COLORADO
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUN 22 2011

GREGORY C. LANGHAM
                            CLERK

Civil Action No. 11-cv-01169-BNB

GUSTAVO COLON,

      Plaintiff,

v.

BLAKE R. DAVIS,

      Defendant.

---

ORDER DRAWING CASE

---

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED June 22, 2011, at Denver, Colorado.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01169-BNB

Gustavo Colon
Reg. No. 07984-424
USP Florence ADMax
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on June 22, 2011.

                             GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk