IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01169–WJM–KMT

GUSTARO COLÓN,

    Plaintiff,

v.

BLAKE R. DAVIS - WARDEN,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Amended Motion for Production of Documents" (Doc. No. 26, filed November 2, 2011) is DENIED for the reasons set forth in the Minute Order dated October 27, 2011 (Doc. No. 25).

Dated: November 3, 2011